# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TIMOTHY ERIC WOLF CHILD, Defendant. | CR 11-12-GF-BMM **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his Findings and Recommendations on June 20, 2018. Defendant admitted that he had violated the conditions of his supervised release: 1) by consuming alcohol; and 2) by failing to complete sex offender treatment. Judge Johnston found the admissions sufficient to establish the supervised release violations. Judge Johnston recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of 5 months, with 115 months of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir.

1981).

This Court agrees with Judge Johnston's findings and recommendations. Defendant admitted that he had violated the conditions of his supervised release. Defendant could be incarcerated for up to 60 months, followed by 120 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of 3 to 9 months. A custodial sentence of 5 months, followed by 115 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 68) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 10th day of July, 2018.

Brian Morris
United States District Court Judge